UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY O'JEDA, individually and on behalf of other persons similarly situated who were employed by VIACOM INC., MTV NETWORKS MUSIC PRODUCTION INC., MTV NETWORKS ENTERPRISES INC. and/or any other entities affiliated with or controlled by VIACOM INC., MTV NETWORKS MUSIC PRODUCTION INC., and/or MTV NETWORKS ENTERPRISES INC., <br><br> Plaintiffs, <br><br> - against - <br><br> VIACOM INC., MTV NETWORKS MUSIC PRODUCTION INC., MTV NETWORKS ENTERPRISES INC., and/or any other entities affiliated with or controlled by VIACOM INC., MTV NETWORKS MUSIC PRODUCTION INC., and/or MTV NETWORKS ENTERPRISES INC., <br><br> Defendants. | *Case No.: 13-cv-5658* <br><br> **NOTICE OF FILING** |

Plaintiffs hereby give notice that they are filing a Consent to Join Collective Action from the following individual:

1. Casey Ojeda.

The above-described Consent to Join Collective Action is attached hereto as Exhibit "A."

August 14, 2013
New York, New York

_____/s/_____
Lloyd Ambinder, Esq.
VIRGINIA & AMBINDER, LLP
111 Broadway, Suite 1403
New York, New York 10006
Telephone: (212) 943-9080
lambinder@vandallp.com