CONSENT TO JOIN COLLECTIVE ACTION FOR UNPAID WAGES

By signing below, I wish to participate in a lawsuit to recover any unpaid wages that may be owned to me under the Federal Fair Labor Standards Act against _____Viacom / MTV_____.

I hereby appoint Lloyd Ambinder of the law firm of Virginia & Ambinder, LLP 111 Broadway, New York, NY 10006, Room 1403, telephone (212) 943-9080 and Jeff Brown of the law firm of Leeds, Morelli & Brown, P.C., One Old Country Road, Suite 347, Carle Place, NY 11514 (516) 873-9550 as my attorneys.

Name (Print): Casey Ojeda
Address: [redacted]
City: [redacted]   Zip Code: [redacted]   Apt. [redacted]
Telephone: [redacted]
E-Mail: [redacted]@[redacted]

SIGNATURE: [signed]   DATE: 8/19/13