# VEDDER PRICE

MICHAEL GOETTIG
ATTORNEY AT LAW
+1 (212) 407-7781
mgoettig@vedderprice.com

1633 BROADWAY
47TH FLOOR
NEW YORK, NEW YORK 10019
T: +1 (212) 407-7700
F: +1 (212) 407-7799

CHICAGO • NEW YORK • WASHINGTON, D.C.
LONDON • SAN FRANCISCO • LOS ANGELES

May 5, 2014

**VIA ECF**

Hon. Jesse Furman
United States District Judge
U.S. District Court, Southern District of New York
40 Centre Street, Courtroom 1105
New York, New York 10007

    Re:    *Ojeda v. Viacom, Inc., et al*/ Case No. 13 CIV 5658

Your Honor:

    We represent the defendants Viacom Inc., MTV Networks Music Production Inc. and MTV Networks Enterprises Inc., and write in reference to the filings of May 2, 2014. To facilitate the Court's review of those filings, please find attached as Exhibit A hereto a redline comparing the defendants' draft notice of lawsuit (Docket # 57-1) with the plaintiffs' (Docket # 58-1). Attached as Exhibit B hereto is a redline comparing the defendants' proposed order authorizing distribution of the notice (Docket #57-2) with the plaintiffs' (Docket #58-3).

    We thank the Court in advance for its attention to these matters.

Respectfully submitted,

Michael Goettig

MG
cc:    Lloyd Ambinder, Esq.