UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY OJEDA and KARINA REYNAGA, individually and on behalf of other persons similarly situated who were employed by VIACOM INC., MTV NETWORKS MUSIC PRODUCTION INC., MTV NETWORKS ENTERPRISES INC. and/or any other entities affiliated with or controlled by VIACOM INC., MTV NETWORKS MUSIC PRODUCTION INC., and/or MTV NETWORKS ENTERPRISES INC., <br><br> Plaintiffs, <br> - against - <br><br> VIACOM INC., MTV NETWORKS MUSIC PRODUCTION INC., MTV NETWORKS ENTERPRISES INC., and/or any other entities affiliated with or controlled by VIACOM INC., MTV NETWORKS MUSIC PRODUCTION INC., and/or MTV NETWORKS ENTERPRISES INC., <br><br> Defendants. | *Case No.:* **13-CV-5658 (JMF)** <br><br><br> **OPT-OUT NOTICE** |

Please take notice that the individual named below hereby withdraws from the present lawsuit:

      1. Wire, Valerie.

August 25, 2014
New York, New York

           _____s/Lloyd Ambinder_____
           Lloyd Ambinder, Esq.
           VIRGINIA & AMBINDER, LLP
           111 Broadway, Suite 1403
           New York, New York 10006
           Telephone: (212) 943-9080
           lambinder@vandallp.com