```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/03/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASEY OJEDA and KARINA REYNAGA, individually and on behalf of other persons similarly situated who were employed by VIACOM INC., MTV NETWORKS MUSIC PRODUCTION INC., MTV NETWORKS ENTERPRISES INC. and/or any other entities affiliated with or controlled by VIACOM INC., MTV NETWORKS MUSIC PRODUCTION INC., and/or MTV NETWORKS ENTERPRISES INC.,

                Plaintiffs,

-against-

VIACOM INC., MTV NETWORKS MUSIC PRODUCTION INC., MTV NETWORKS ENTERPRISES INC., and/or any other entities affiliated with or controlled by VIACOM INC., MTV NETWORKS MUSIC PRODUCTION INC., and/or MTV NETWORKS ENTERPRISES INC.,

                Defendants.

Case No. 13-CV-5658 (JMF)

ECF Case

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS MTV NETWORKS MUSIC PRODUCTION INC. AND MTV NETWORKS ENTERPRISES INC.**

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and counsel for Defendants that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all claims presented in the Complaint in the above-entitled action shall be dismissed without prejudice and without costs as to Defendants MTV Networks Music Production Inc. and MTV Networks Enterprises, Inc., and Black Entertainment Television, LLC and Viacom International, Inc. shall be substituted for these two Defendants.

    It is further stipulated and agreed that the caption of the above matter will be revised so that MTV Networks Music Production Inc. and MTV Networks Enterprises, Inc. are deleted, and Viacom Inc., Black Entertainment Television, LLC and Viacom International, Inc. shall be listed as the Defendants. Plaintiffs shall file and serve an amended complaint amended solely to reflect the substitutions enumerated in this Stipulation within seven (7) days.

7716/12060-006 current/38390289v1

Dated: August 28, 2014
New York, New York

By: _____
Lloyd R. Ambinder
LaDonna M. Lusher
Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004
(t) 212-943-9080
(f) 212-943-9082
lambinder@vandallp.com

LEEDS BROWN LAW, P.C.
Jeffry K. Brown
One Old Country Road, Suite 347
Carle Place, New York 11514
(t) 516-873-9550
jbrown@leedsbrownlaw.com
*Attorneys for Plaintiffs*

By: _____
Lyle S. Zuckerman
Michael J. Goettig
VEDDER PRICE, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(t) 212-407-6967
(f) 212-407-7799
lzuckerman@vedderprice.com
*Attorneys for Defendants*

**SO ORDERED** this 2nd day of September, 2014

_____
HON. JESSE M. FURMAN, U.S.D.J.