UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY OJEDA and KARINA REYNAGA, individually and on behalf of other persons similarly situated who were employed by VIACOM INC., BLACK ENTERTAINMENT TELEVISION, LLC, VIACOM INTERNATIONAL INC. and/or any other entities affiliated with or controlled by VIACOM INC., BLACK ENTERTAINMENT TELEVISION, LLC, and/or VIACOM INTERNATIONAL INC., | *Case No.: 13-cv-5658* |
| | **NOTICE OF FILING** |
| Plaintiffs, | |
| - against - | |
| VIACOM INC., BLACK ENTERTAINMENT TELEVISION, LLC, VIACOM INTERNATIONAL INC., and/or any other entities affiliated with or controlled by VIACOM INC., BLACK ENTERTAINMENT TELEVISION, LLC, and/or VIACOM INTERNATIONAL INC., | |
| Defendants. | |

Plaintiffs hereby give notice that they are filing Consents to Join Collective Action from the following individuals:

**Exhibit A:**

| | | | |
|---|---|---|---|
| 1. Polovin | Gregory | 21. Rodriguez | Penelope |
| 2. Fernandez | Albert | 22. Das | Ahilya |
| 3. Woods | William | 23. Williams | Ashley |
| 4. Murphy | Pauline | 24. Amabile | Danielle |
| 5. Angulo | Silvia | 25. Noriega | Brian |
| 6. Tralongo | Greta | 26. Blackwell | Adam |
| 7. Lundy | Shaira | 27. Wolfin | Jacob |
| 8. Mayerhoff | Steven Gavriel | 28. Tehomilic | Tomislav |
| 9. Wunderlich | Rene | 29. Boardman | Samantha |
| 10. Liotta | Kelly | 30. Szlashta | Valentina |
| 11. Peleti | Zoe Aurora | 31. Calder | Justin |
| 12. Collins | Matthew | 32. Pizarro | Tiffany |
| 13. Mckowen | Travis | 33. Connolly | Matthew |
| 14. Cummins | Jennifer | 34. Shapiro | Emily |
| 15. Keating | Siobhan | 35. Chimento | Marissa |
| 16. Chessin | Nicole | 36. Mckenzie | Mark |
| 17. Guagliano | Peter | 37. Belhumeur | Jenna |
| 18. Paquin | Claire | 38. Andrel | Samantha |
| 19. Ferrer-Delahoz | Carmen | 39. Shorte | Courtney |
| 20. Saldana | Emilio | 40. Zamora | James |

| 41. Gilmartin | Caitlin | 88. Washington | Lindsey |
|---|---|---|---|
| 42. Rukobo | Tendai | 89. Hoffman | Kristen |
| 43. Sanders | Khayeni | 90. Larson | Caleb |
| 44. Kirsch | Christopher | 91. White | Shannon |
| 45. Korpusov | Anastasia | 92. Truong | James |
| 46. Heywood | Michael | 93. King | Sabina Julia |
| 47. Oringer | Ryan | 94. Herman | Margaret |
| 48. Bystricky | Oliver | 95. Rothwell | Julia |
| 49. Rivera | Nicholas | 96. Miller | Matthew |
| 50. Diamond | Jordana | 97. Printz | Lauren |
| 51. Lee | Pauline | 98. Evans | Danielle |
| 52. Davis | Letesha | 99. Hudson | Nikita |
| 53. Sussman | Allison | 100. Towliat | Mary |
| 54. Rose | Kevin | | |
| 55. Wong | James | | |
| 56. Slojewski | Heidi | **Exhibit B:** | |
| 57. Grayson | Julia | | |
| 58. Brennan | Amanda | 101. Tashlitsky | Alla |
| 59. Bernstein | Cara | 102. Yow | Remy Groenthal |
| 60. Kelly | Ryan | 103. Sucher | Matthew |
| 61. Nguyen | An | 104. Napoli | Alessandra |
| 62. Ebani | Edward | 105. Schuurmans | Taylor |
| 63. Hull | Rashida | 106. Horney | Benjamin |
| 64. Pellegrino | Peter | 107. Chertok | Adam |
| 65. Zhang | Yu Alice | 108. Mccollum | Morgan |
| 66. Kadin | Brittany | 109. Dilione | Margeaux |
| 67. Abascal | Paulina | 110. Sharkey | Elizabeth |
| 68. Clark | Monet | 111. Ku | Michelle |
| 69. Williams | Samantha | 112. Hasslinger | Jill |
| 70. Lacarrubba | Marissa | 113. Pinter | Brittany |
| 71. Rayve | Emily | 114. Nguyen | Sabrina |
| 72. Kim | Inhak | 115. Gulino | Mary |
| 73. Myer | Alexandra | 116. Degarden | Emilio |
| 74. Deutsch | Brett | 117. Dello Iacono | Alexander |
| 75. Meng | Cher Fanxue | 118. Witcoff | Justin |
| 76. Aksamit | Peter | 119. Anderson | Eric T. |
| 77. Reynaga | Karina | 120. Navas | Madali |
| 78. Tillman | Devin | 121. Reitano | David |
| 79. Mignone | Melanie | 122. O'gorman | Lindsey |
| 80. Boone | Stephanie | 123. Schwartz | Jordan |
| 81. Pascua | Allyson | 124. Narciso | Catherine |
| 82. Wilson | Ashley | 125. Ransome | Fredricka |
| 83. Coppage | Jenneisha L. | 126. Tauber | Jenna |
| 84. Weiner | Rebekah | 127. Plaut | Judah |
| 85. Lopez | Maria Isabel | 128. Fadin | Denis |
| 86. Nickas | Christina | 129. Malick | Ashley |
| 87. Deserto | Marie | 130. Lackner | Andre |

131. Theriault       Cristina
132. Gruenhagen   Luke
133. Spencer        Marilee
134. Horne          Aleese
135. Shih            Kaitin Annie
136. Ervin           Tiffany
137. Pringle-Wallace Simon
138. Merl            Emily
139. Morrison        Keri
140. Loanzon        Tiffany
141. Markowitz      Jeffrey
142. Hubbard        Celia
143. Nelson         Dearl
144. Randel         Jessica
145. Bailey         Matthew
146. Gilbert        Tyler
147. Tallman        Robert
148. Gabriel        George
149. Schulte        Ann
150. Hess           Andrew
151. Garland        Christopher
152. Derario        Gillian
153. Decoulos       Nicholas
154. Mikhaeil       Sara
155. Powers         Brian
156. Toll           Danielle
157. Woods          Kendall
158. Gorman         Daniel
159. Heckey         Christopher
160. Beauvais       Irmin
161. Prikazsky      Bianca
162. Rozenblatt     Rinat Sarah
163. Ostroff        Erika
164. Evans          Arielle
165. Hockenjos      Matthew
166. Herbert        Tiffany
167. Verini         Michael
168. Himmelstein    Molly
169. Borchert       Elizabeth
170. Dvorak         Brittany
171. Adams          Kraig
172. Mygatt         Ariana
173. Conner         Ann
174. Lewis          Valira
175. Dawson         Sophie
176. Spiner         Wade
177. Waslin         Joseph

178. Shaw           Whitman
179. Patterson      Ariana
180. Patil          Piyush
181. Dejesus        Reinaldo
182. Boswell        Joseph
183. Strauss        Lindsay
184. Holt           Allyson
185. Berger         Jonathan
186. Vo             Alexandra
187. Murphy         Kimberly
188. Zheng          Mengjie
189. Adcock         David Warren
190. Ferria         Kayla
191. Singer         Chelsea
192. Nwanonyiri     Skylar
193. Clark          Breonte
194. Summers        Larry
195. Feizzadeh      Robert
196. Martin         Ernest
197. Sawicz         John
198. Fama           Victoria
199. Fergerson      Jasmine
200. Cords          Kyle

## Exhibit C:

201. Spinetti        Vanessa
202. Hullum          Janelle
203. Shannon         Andrew
204. Cribbs          Alexis
205. Raneri          Joel
206. Naraine         Amanda
207. Fox             Alison
208. Canniff         Brandon
209. Colbert         Deja
210. Thwaits         Kelly
211. Brill           Adam
212. Murray          Ashlee
213. Fox             Kelley
214. Bravo           Eric
215. Duplon          April
216. Esteves-Wolff   Cristina
217. Adams           Katherine
218. Reizner         Melissa
219. Reynolds        Chad
220. Beatty          Kristen

| | | | | |
|---|---|---|---|---|
| 221. House | Kenneth Jr. | 263. Fuller | Kerstin |
| 222. Pilarczyk | Carly | 264. Gates | Jasmine |
| 223. Souffrant | Pierre | 265. Carcich | Elizabeth |
| 224. Hooker | Evan | 266. Wise | Kristin |
| 225. Solis | Yulexy | 267. Tomo | Abraham |
| 226. Denigris | Kimberly | 268. Smith | Kali |
| 227. Curatolo | Justin | 269. Tamer | Kevin |
| 228. Horowitz | Taylor | 270. Spencer | Elena |
| 229. Chan | David | 271. Terry | Aryn |
| 230. Mann | Rahmel | 272. Greskowiak | Evelyn |
| 231. Smith | Libba | 273. Mortimer | Samuel |
| 232. Feinstein | Ali | 274. Primavera | Stephanie |
| 233. Ha | Lisa | 275. Brown | Dimitri |
| 234. Nortey | Benjamin | 276. Zakar | Kalie |
| 235. Golden | Zachary | 277. Valitutto | Andrew |
| 236. Kamenetz | Sarah | 278. Vargas | Issis |
| 237. Silva | Krizzle | 279. Vatter | Katharine |
| 238. Ghareb | Mohamed | 280. Poon | Lawrence |
| 239. Stephenson | Candice | 281. Uter | Jarielle |
| 240. Ude | Ogdemi | 282. Lichter | Joanna |
| 241. Cruz | Sarah | 283. Kerler | Kristen |
| 242. Dibert | Phillip | 284. Warren | Tina |
| 243. Krugman | Maxine | 285. Stoykova | Gergana |
| 244. Alexander | Janet | 286. Beltre | Jazlyn |
| 245. Ogbemudia | Tenneh | 287. Bratcher | Jamall |
| 246. Prybula | Kristina | 288. Tsygan | Elizabeth |
| 247. Ackerman | Elyssa | 289. Abera | Rim |
| 248. Byrne | Colin James | 290. Celestino | Azia |
| 249. Mehringer | Michael | 291. Fischbach | Jessica |
| 250. Benamy | Noam | 292. Sowsian | Sara |
| 251. Tatios | Allison | 293. Mcclaine | Jasmine |
| 252. Tolchin | Matthew | 294. Young | Tara |
| 253. Durant | Aaron Smith | 295. Riley | Erin |
| 254. Rollins | Lacey | 296. Chapman | Ayannah. |
| 255. Rogers | Alfreda | | |
| 256. Debiase | Christina | | |
| 257. Bhavsar | Punal | | |
| 258. Selverian | Katrina | | |
| 259. Hinrichs | Riley | | |
| 260. Cartee | Alyssa | | |
| 261. Slater | Clark | | |
| 262. Roth | Madelyn | | |

October 2, 2014
New York, New York

___s/Lloyd Ambinder_____
Lloyd Ambinder, Esq.
VIRGINIA & AMBINDER, LLP
40 Broad Street, 7th Floor

New York, New York 10004
Telephone: (212) 943-9080
lambinder@vandallp.com