UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY OJEDA and KARINA REYNAGA, individually and on behalf of other persons similarly situated who were employed by VIACOM INC., BLACK ENTERTAINMENT TELEVISION, LLC, VIACOM INTERNATIONAL INC. and/or any other entities affiliated with or controlled by VIACOM INC., BLACK ENTERTAINMENT TELEVISION, LLC, and/or VIACOM INTERNATIONAL INC., <br><br>                                            Plaintiffs, <br><br> - against - <br><br> VIACOM INC., BLACK ENTERTAINMENT TELEVISION, LLC, VIACOM INTERNATIONAL INC., and/or any other entities affiliated with or controlled by VIACOM INC., BLACK ENTERTAINMENT TELEVISION, LLC, and/or VIACOM INTERNATIONAL INC., <br><br>                                            Defendants. | *Case No.: 13-cv-5658* <br><br> **NOTICE OF FILING** |

Plaintiffs hereby give notice that they are filing Consents to Join Collective Action from the following individuals:

1. Rahman, Vrooj;
2. Sanni, Rachel C.

The above-mentioned Consents to Join are attached hereto as Exhibit "A."

October 2, 2014
New York, New York

                    ___s/Lloyd Ambinder_____
                    Lloyd Ambinder, Esq.
                    VIRGINIA & AMBINDER, LLP
                    40 Broad Street, 7th Floor
                    New York, New York 10004
                    Telephone: (212) 943-9080
                    lambinder@vandallp.com