UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY OJEDA and KARINA REYNAGA, individually and on behalf of other persons similarly situated who were employed by VIACOM INC., BLACK ENTERTAINMENT TELEVISION, LLC, VIACOM INTERNATIONAL INC. and/or any other entities affiliated with or controlled by VIACOM INC., BLACK ENTERTAINMENT TELEVISION, LLC, and/or VIACOM INTERNATIONAL INC., <br><br>                                                                  Plaintiffs, <br><br> - against - <br><br> VIACOM INC., BLACK ENTERTAINMENT TELEVISION, LLC, VIACOM INTERNATIONAL INC., and/or any other entities affiliated with or controlled by VIACOM INC., BLACK ENTERTAINMENT TELEVISION, LLC, and/or VIACOM INTERNATIONAL INC., <br><br>                                                                  Defendants. | *Case No.: 13-cv-5658* <br><br> **NOTICE OF FILING** |

   Plaintiffs hereby give notice that they are filing Consents to Join Collective Action from the following individuals:

1. Cardoso, Laura;
2. Tyler, Tishani.

The above-mentioned Consents to Join are attached hereto as Exhibit "A" and "B," respectively.

|  |  |
|---|---|
|  | ___s/Lloyd Ambinder_____ |
| October 15, 2014 | Lloyd Ambinder, Esq. |
| New York, New York | VIRGINIA & AMBINDER, LLP |
|  | 40 Broad Street, 7th Floor |
|  | New York, New York 10004 |
|  | Telephone: (212) 943-9080 |
|  | lambinder@vandallp.com |