UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY OJEDA and KARINA REYNAGA, individually and on behalf of other persons similarly situated who were employed by VIACOM INC., BLACK ENTERTAINMENT TELEVISION, LLC, VIACOM INTERNATIONAL INC. and/or any other entities affiliated with or controlled by VIACOM INC., BLACK ENTERTAINMENT TELEVISION, LLC, and/or VIACOM INTERNATIONAL INC., <br><br>                                                             Plaintiffs, <br><br>- against - <br><br>VIACOM INC., BLACK ENTERTAINMENT TELEVISION, LLC, VIACOM INTERNATIONAL INC., and/or any other entities affiliated with or controlled by VIACOM INC., BLACK ENTERTAINMENT TELEVISION, LLC, and/or VIACOM INTERNATIONAL INC., <br><br>                                                             Defendants. | *Case No.: 13-cv-5658* <br><br> **NOTICE OF FILING** |

    Plaintiffs hereby give notice that they are filing a Consent to Join Collective Action from the following individual:

1. Kart, Samuel.

    The above-described Consent to Join Collective Action is attached hereto as Exhibit "A."

November 5, 2014  
New York, New York

                                                    ___s/Lloyd Ambinder_____  
                                                    Lloyd Ambinder, Esq.  
                                                    VIRGINIA & AMBINDER, LLP  
                                                    40 Broad Street, 7th Floor  
                                                    New York, New York 10004  
                                                    Telephone: (212) 943-9080  
                                                    lambinder@vandallp.com