

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
www.vandallp.com

**Lloyd Ambinder, Esq.**
Direct dial: (212) 943-9081
lambinder@vandallp.com

January 20, 2015

**VIA ECF**
The Honorable Gabriel W. Gorenstein, U.S.M.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Ojeda v. Viacom, Inc., Docket No.: 13-CV-5658 (JMF)

Dear Judge Gorenstein:

      This firm is legal counsel to Plaintiffs and a collective class in the above-referenced wage and hour action. I write on behalf of counsel for all parties to respectfully request that the settlement conference presently scheduled for January 27, 2015 be adjourned for 45 days. We further request that Your Honor modify the Standing Order Applicable to Settlement Conferences Before Judge Gorenstein [Doc 91] so as to allow the parties 30 days to draft and circulate settlement documents, including the proposed settlement notice, claim form, and publication order, prior to meeting with you to discuss anticipated unresolved issues.

      As noted in my December 31, 2014 letter to Judge Furman, the parties have already reached an agreement in principle with respect to the most essential terms of settlement. There are however a number of unresolved items that we anticipate will require your guidance and assistance in resolving. These issues will likely involve, among other things, the content the settlement notice and method of publication. While these items will not result in termination of the agreement, they are of great importance to both sides in effectuating the settlement.

      Respectfully submitted,
      _____/s/_____
      Lloyd Ambinder

cc:    Jeffrey K. Brown, Esq. (via ECF)
       Lyle S. Zuckerman (via ECF)