

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
www.vandallp.com

**LaDonna M. Lusher, Esq.**
Direct dial: (212) 571-2513
llusher@vandallp.com

March 11, 2015

**VIA ECF**
The Honorable Gabriel W. Gorenstein, U.S.M.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Ojeda v. Viacom, Inc</u>., Docket No.: 13-CV-5658 (JMF)

Dear Judge Gorenstein:

      This firm is legal counsel to Plaintiffs and a collective class in the above-referenced wage and hour action. In accordance with Your Honor's March 10, 2015, Plaintiffs respectfully submit their motion for preliminary approval of the terms of settlement of this action, along with supporting documents. Please note that the parties have agreed to the material terms contained in the Joint Stipulation of Settlement, and the document is currently being circulated for signature.

      Respectfully submitted,
      _____/s/_____
      LaDonna M. Lusher

cc:    Jeffrey K. Brown, Esq. (via ECF)
       Lyle S. Zuckerman (via ECF)