UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CASEY O'JEDA et al., :

              Plaintiffs, : ORDER

   -v.- :

                                         13 Civ. 5658 (JMF) (GWG)
VIACOM et al., :

              Defendants. :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court believes that the issues it wishes to raise with respect to the pending motion can be addressed at a telephone conference. Accordingly, the courtroom proceeding in this matter is changed to a telephone conference. Also, the time for the conference is changed to 4:00 p.m. on March 13, 2015.

      Plaintiff's counsel is directed to call the Court at (212) 805-4260 with all parties on the line.[1] Counsel should not use a speakerphone during the call and should use a landline.

      Upon receipt of this order each attorney is directed to ensure that all other attorneys on the case are aware of the conference date and time. The parties should follow paragraph 1.F of this Court's Individual Practices (available at: www.nysd.uscourts.gov/judge/Gorenstein) for any request for an adjournment.

      SO ORDERED.

Dated: March 12, 2015
       New York, New York

                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge

---

[1] If the call is arranged through a commercial communications service, counsel arranging the call may telephone chambers at the time of the conference and inform chambers of the telephone number and access code that may be used to dial into the call.