UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CASEY O'JEDA et al.,  :

        Plaintiffs,  :    FINAL JUDGMENT

-v.-  :

                                   13 Civ. 5658 (JMF) (GWG)

VIACOM et al.,  :

        Defendants.  :
------------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     For the reasons stated on the record at the fairness hearings held on December 14, 2015, and on January 11, 2016,

     IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.    This Court has jurisdiction over the subject matter of this lawsuit, and over all parties to this lawsuit, including all Rule 23 Class Members and Participating Claimants.

2.    Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the Court grants final certification, for settlement purposes only (and for no other purpose and with no other effect upon this or any other current or future action), of a Rule 23 Class consisting of all individuals who were interns for defendants in the State of New York from August 13, 2007 through June 1, 2013, and in California from April 11, 2010 through June 1, 2013 as they meet all of the requirements for class certification under Federal Rule of Civil Procedure 23(a) and (b)(3).

3.    For settlement purposes only (and for no other purpose and with no other effect upon this or any other current or future action), the Court also grants final approval of the following Fair Labor Standard Act collective: all individuals who (a) participated in unpaid internships with Viacom Inc., Viacom International Inc. or Black Entertainment Television, LLC, and their various media network brands, including MTV, VHl, Comedy Central, BET, Nickelodeon, CMT, Spike and TVLand at any time from January 1, 2012 through June 1, 2013; and (b) submitted Claim Forms and related documents to the Settlement Claims Administrator.

4.    The settlement as set forth in the "Joint Stipulation of Settlement and Release," filed May 26, 2015 (Docket # 113-1), is approved and is hereby so ordered, except to the extent modified in this Final Judgment. As so modified, the Joint Stipulation of Settlement and Release is found to be, in all respects, fair, reasonable, adequate and in the best interests of all plaintiffs in accordance with Rule 23(e) of the Federal Rules of Civil Procedure.

5.    Section 9.2 of the Joint Stipulation of Settlement and Release is modified as follows:

each Participating Claimant will receive a Settlement Check in the gross amount before taxes of Six-Hundred Five Dollars ($605) for each traditional academic semester in which the Participating Claimant was an Intern with Defendants; provided, however, that (i) in no event will any Participating Claimant receive a Settlement Check for more than two traditional academic semesters (totaling the gross amount of Twelve-hundred Ten Dollars ($1,210)).

6. Class Counsel are awarded attorneys' fees in the amount of $645,664.98.

7. Class Counsel shall be awarded costs in the amount of $93,535.02.

8. For services rendered on behalf of the lawsuit and the class, named plaintiff O'Jeda shall be awarded $5,000.00, named plaintiff Reynaga shall be awarded $5,000.00, FLSA Collective member Nicole Rosinsky shall be awarded $2,500.00, and FLSA Collective member Nikhil Kasbekar shall be awarded $1,500.00. These service awards are in addition to any settlement amounts these plaintiffs are eligible to receive pursuant to the Stipulation as members of the Rule 23 Class and FLSA Collective.

9. Members of the Fair Labor Standards Act Collective (as defined in paragraph 3 above) and Rule 23 Class Members who have not properly and timely exercised their opt-out rights in this lawsuit are conclusively deemed to have released or discharged defendants from, and are permanently enjoined and barred from asserting, either directly or indirectly, against defendants, any and all claims released in the Joint Stipulation of Settlement and Release. All such matters are hereby finally concluded, terminated and extinguished.

10. Without affecting the finality of this Order in any way, this Court hereby retains jurisdiction over consummation and performance of the Joint Stipulation of Settlement and Release.

11. This Final Judgment resolves the motions docketed as #116 and 119. The Clerk is respectfully requested to enter this Final Judgment on the docket and to close this case.

SO ORDERED.

Dated: January 13, 2016
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge